

DIEMER & WEI, LLP
Julia M. Wei, SBN 218005
Susan B. Luce, SBN 120843
55 South Market St., Ste 1420
San Jose, CA 95113
Tel: 408-971-6270
Fax:408-971-6271

jwei@diemerwei.com
sluce@diemerwei.com

Attorneys for Yuin Inn EE
And Stephane Bersot

The following constitutes the order of the Court.
Signed: September 20, 2024

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>**NICHOLAS MARK BAILEY-KLEIN,**<br><br>**Debtor.** | Case No. 22-50899<br><br>Chapter 13<br><br>Honorable Stephen L. Johnson |
| **YUIN INN EE AND STEPHANE BERSOT,**<br><br>Plaintiffs,<br><br>vs.<br><br>**NICHOLAS MARK BAILEY-KLEIN,**<br><br>Defendant. | APN: 23-05004<br><br>**REVISED ORDER DISMISSING ADVERSARY PROCEEDING**<br><br>Date: September 26, 2024<br>Time: 2:00 P.M.<br>Honorable Stephen L. Johnson<br><br>**Hearing by Video or Teleconference only** |

Based upon the Parties mutual request for dismissal, and good cause appearing,

**IT IS HEREBY ORDERED THAT** this Adversary Proceeding is dismissed with prejudice.

***END OF ORDER***

**COURT SERVICE LIST**

ECF Recipients Only.